IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEJENAY BECKWITH and BEVERLY FLORES, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 4:17-CV-02859 |
| CITY OF HOUSTON, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pending before the Court is Defendants' Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) or, in the alternative, Motion for Summary Judgment. **(Instrument No. 33)**.

For the reasons stated in this Court's Order of July 27, 2018, the Motion to Dismiss is **GRANTED** and Plaintiffs' claims are **DISMISSED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 31st day of July, 2018, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**